29 A.3d 368

**Clarence E. FISHER, Petitioner**

v.

**COMMON PLEAS COURT, Respondent.**

**No. 9 EM 2011.**

Supreme Court of Pennsylvania.

Sept. 23, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Writ of Mandamus and/or Extraordinary Relief Petition for Immediate for Hearing of Writ of Habeas Corpus" is **DENIED.**